UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

EDWIN ZAYAS, Individually and on behalf of all others similarly situated,

                      Plaintiff,

      -against-

DT HOSPITALITY GROUP INC. d/b/a CO BA and 110 NINTH AVENUE CORP.,

                      Defendants.

------------------------------------ x

<u>ORDER</u>

16-cv-06781 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 16 2017

GEORGE B. DANIELS, United States District Judge:

      The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       March 15, 2017

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge